# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ESTATE OF LAURA RATLEY, by and through its duly appointed special administrator Robert Ratley; ROBERT RATLEY and AMY RATLEY as heirs at law of Laura Ratley, deceased, LEAH RATLEY; THE ESTATE OF REBECCA FULCHER, by and through its duly appointed special administrators John Fulcher and Amy Fulcher; JOHN FULCHER and AMY FULCHER as heirs at law of Rebecca Fulcher, deceased; and RYAN FULCHER, <br><br> Plaintiffs, <br><br> v. <br><br> DHAFER M. AWAD and SHAMROCK FARMS COMPANY, an Arizona Limited Liability Company. <br><br> Defendants. | Case No. <br><br> *(Removed from District Court of Payne County Case No. CJ-19-2)* |

## DECLARATION OF KAREN J. WILLIAMS

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF MARICOPA  )

I, Karen J. Williams, of lawful age and upon my oath do hereby depose and state:

1. I am the Corporate Counsel for Shamrock Foods Company.

2. I make this declaration in support of the Notice of Removal filed by Shamrock Farms Company in the above-referenced matter.

3. Defendant, Shamrock Farms Company, is, and was at all times relevant hereto, a corporation organized under the laws of the State of Arizona with its principal place of business in Phoenix, Arizona.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Executed this 18 day of February, 2019.

Karen J. Williams
Corporate Counsel
Shamrock Foods Company