# Entity Information

**Search Date and Time:**
2/15/2019 6:40:36 PM

**Entity Details**

**Entity Name:**
SHAMROCK FARMS COMPANY

**Entity ID:**
00913375

**Entity Type:**
Domestic For-Profit (Business) Corporation

**Entity Status:**
Active

**Formation Date:**
4/3/1973

**Reason for Status:**
In Good Standing

**Approval Date:**
4/3/1973

**Status Date:**

**Original Incorporation Date:**
4/3/1973

**Life Period:**
Perpetual

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Business Type:

AGRICULTURAL DAIRY HERD

Last Annual Report Filed:

2018

Domicile State:

AZ

Annual Report Due Date:

5/3/2019

Years Due:

Original Publish Date:

5/15/1973

### Statutory Agent Information

Name:

JOHN R CHRISTIAN

Appointed Status:

Active

Attention:

Address:

% JENNINGS STROUSS & SALMON ONE E WASHINGTON ST STE 1900 SUITE 1900, PHOENIX, AZ 85004, USA

Agent Last Updated:

10/4/2010

E-mail:

Attention:

Mailing Address:

County:

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us

### Principal Information (http://www.azcc.gov/divisions/corporations/contact-us.asp)

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | F PHILLIPS GILTNER | | 3900 E. CAMELBACK ROAD SUITE 300, PHOENIX, AZ, 85018, USA | 4/29/2005 | 4/18/2018 |
| Shareholder | W KENT MCCLELLAND | | NOT REQUIRED, NOT REQUIRED, XXXXX | 12/31/9999 | 4/18/2018 |
| Officer | F PHILLIPS GILTNER | | 5341 N. 46TH ST., PHOENIX, AZ, 85018, USA | 4/29/2005 | 4/18/2018 |
| President | W KENT MCCLELLAND | | 3900 E CAMELBACK ROAD SUITE 300, PHOENIX, AZ, 85018, USA | 12/19/2017 | 4/18/2018 |
| Secretary | MICHAEL A KRUEGER | | 3900 E CAMELBACK ROAD SUITE 300, PHOENIX, AZ, 85018, USA | 3/2/2016 | 4/18/2018 |

Page 1 of 1, records 1 to 5 of 5

### Entity Known Place of Business

Attention:

Address: 3900 E. CAMELBACK ROAD SUITE 300, PHOENIX, AZ, 85018, USA

County: Maricopa

Last Updated: 4/18/2018

### Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Back     Return to Search     Return to Results

Document History     Name/Restructuring History     Pending Documents

Microfilm History