"ORIGINAL PLEASE RETURN"

# IN THE DISTRICT COURT OF PAYNE COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| THE ESTATE OF LAURA RATLEY, by and through its duly appointed special administrators Robert Ratley and ROBERT RATLEY and AMY RATLEY as heirs at law of Laura Ratley, deceased, LEAH RATLEY, THE ESTATE OF REBECCA FULCHER, by and through its duly appointed special administrators John Fulcher and Amy Fulcher, and JOHN FULCHER AND AMY FULCHER as heirs at law of Rebecca Fulcher and Ryan Fulcher, <br><br> Plaintiffs, <br><br> v. <br><br> DHAFER M. AWAD, SHAMROCK FARMS COMPANY, an Arizona Limited Liability Company, NATIONAL FIRE & MARINE INSURANCE COMPANY, a Delaware corporati <br> Defendants, | Case No.: CJ-2019-2 <br><br> ATTORNEY LIEN CLAIMED |

## SUMMONS

To the above-named Defendant: **John R. Christian, Registered Agent for Shamrock Farms Company**
**c/o Jennings, Strouss & Salmon**
**One E. Washington St., Suite 1900**
**Phoenix, Arizona 85004**

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 5 day of February 2019.

Court Clerk

By: Barbara House
Deputy Court Clerk

(Seal)
Attorney for Plaintiff
James V. Murray, OBA No: 11448
311 S. Duck
P.O. Box 2224
Stillwater, Oklahoma 74076
(405)377-7000

This summons was served on _____    _____
                                          Signature of Person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.