## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ESTATE OF LAURA RATLEY, by and through its duly appointed special administrator Robert Ratley and ROBERT RATLEY and AMY RATLEY as heirs at law of Laura Ratley, deceased, LEAH RATLEY, THE ESTATE OF REBECCA FULCHER, by and through its duly appointed special administrators John Fulcher and Amy Fulcher, and JOHN FULCHER and AMY FULCHER as heirs at law of Rebecca Fulcher and Ryan Fulcher,  Plaintiffs, vs. DHAFER M. AWAD, SHAMROCK FOODS COMPANY, and Arizona Limited Liability Company,  Defendants. | Case No.  CIV-19-159-D |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiffs, by and through their counsels of record and on this 21st day of March, 2019, dismiss this case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/Matthew L. Bretz_____
Matthew L. Bretz
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
matt@byinjurylaw.com
Attorney for Plaintiffs The Estate of Laura Ratley, Robert Ratley, Amy Ratley, and Leah Ratley

/s/ James V. Murray
James V. Muray, OBA # 11448
**MURRAY LAW FIRM**
311 S. Duck Street
P.O. Box 2224
Stillwater, OK 74074
(405) 377-7000
Fax (405) 377-7009
jvm@jvmlaw.com
Attorney for Plaintiffs The Estate of Rebecca Fulcher, John Fulcher, Amy Fulcher and Ryan Fulcher

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Patrick G. Colvin
Michael C. Copeland
JONES, GOTCHER & BOGAN, P.C.
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4309
Pcolvin@jonesgotcher.com
Mcopeland@jonesgotcher.com
Attorneys for Defendant Shamrock Farms Company

Dhafer M. Awad
3002 North 70th Street, Unit 218
Scottsdale, AZ  85251

Dhafer M. Awad
1767 Eldon Ct.
El Cajon, CA  92021-3654

–3–

/s/Matthew L. Bretz
Matthew L. Bretz
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Matt@byinjurylaw.com
Attorney for Plaintiffs The Estate of Laura Ratley, Robert Ratley, Amy Ratley, and Leah Ratley


/s/ James V. Murray
James V. Muray, OBA # 11448
**MURRAY LAW FIRM**
311 S. Duck Street
P.O. Box 2224
Stillwater, OK 74074
(405) 377-7000
Fax (405) 377-7009
jvm@jvmlaw.com
Attorney for Plaintiffs The Estate of Rebecca Fulcher, John Fulcher, Amy Fulcher and Ryan Fulcher